JOHN BARNA, as Administrator of the Estate of PAULINE S. BARNA, Deceased, Respondent, *v.* THE STATE OF NEW YORK, Appellant.  (Claim No. 24069.)

CATHERINE G. MACKEN, as Administratrix of the Estate of HUGH A. MACKEN, Deceased, Respondent, *v.* THE STATE OF NEW YORK, Appellant.  (Claim No. 24070.)

Argued November 17, 1944; decided December 30, 1944.

*Nathaniel L. Goldstein,* Attorney-General (*Arthur W. Mattson, Orrin G. Judd, Adrian K. King* and *Marvin P. Lazarus* of counsel), for appellant.

*John J. Conway* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. LEHMAN, Ch. J., and RIPPEY, J., dissent and vote to reverse the judgment of the Appellate Division and to reinstate the judgment of the Court of Claims.